# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brandon Bendall | ) | Case No. |
| | ) | 25-MJ-7214-JCB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  1.15.25 and 5.12.21 - 1.14.25  in the county of  Plymouth  in the District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |
| 18 U.S.C. § 2252A(a)(2) | Reciept of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Katelin J. Ehrhardt.

☑ Continued on the attached sheet.

*Complainant's signature*

Katelin J. Ehrhardt, FBI Special Agent
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 05/01/2025

*Judge's signature*

City and state:  Boston, Massachusetts    Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*