# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:** Wareham    **Category No.** II    **Investigating Agency** FBI

**City** Wareham
**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number: 25-MJ-7214-JCB
Search Warrant Case Number: 24-MJ-7011-JCB, 24-MJ-7012-JCB
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes  ☐ No

**Defendant Information:**
Defendant Name: Brandon Bendall    Juvenile: ☐ Yes  ☐ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☐ No
Alias Name: _____
Address: _____
Birth date (Yr only): ___  SSN (last 4#): ___  Sex: ___  Race: ___  Nationality: ___

**Defense Counsel if known:** _____    Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: David G. Tobin    Bar Number if applicable: 552558

**Interpreter:** ☐ Yes  ☒ No    List language and/or dialect: _____

**Victims:** ☐ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☒ Yes  ☐ No
☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☒ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:**  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/1/2025    Signature of AUSA: /s/ David G. Tobin

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Brandon Bendall

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**