IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 25-MJ-7214-JCB |
| ) | |
| BRANDON BENDALL,  ) | |
| Defendant  ) | |

## GOVERNMENT'S MOTION TO SEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to unseal the complaint [with the exception of Exhibit A], supporting affidavit, this motion and the Court's order on this motion. In support of this motion, the government states that public disclosure of these materials will not jeopardize an ongoing investigation or the government's ability to arrest the defendant, as the defendant was arrested on May 2, 2025. The government asks the Court to keep Exhibit A, which is the affidavit in support of a search warrant previously obtained in this case, sealed.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ David G. Tobin*
David G. Tobin
Assistant U.S. Attorney
Date: May 2, 2025

SO ORDERED.

_____
HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE